UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DWOJAK,<br><br>                Plaintiffs,<br><br>     v.<br><br>PORT AUTHORITY TRANS HUDSON CORP.,<br><br>                Defendant. | No. 25-cv-5101 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      This case has been designated as part of a pilot program involving certain personal injury claims. Dkt. No. 11. In light of that designation, this case has been referred to mediation, which will be scheduled within the next ninety days. Accordingly, the initial conference scheduled for August 22, 2025 is adjourned.

SO ORDERED.

Dated:    August 21, 2025
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge